UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RYAN WELFARE,**

    *Plaintiff,*

**v.**                                                                **Case No. 8:21-cv-01122-VMC-AEP**

**UNITED TRANZACTIONS, LLC, et al.,**

    *Defendants.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANTS UNITED TRANZACTIONS LLC, MARTIN HALPERN, AND ADAM J. KATZ, P.A.

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendants United Tranzactions LLC, Martin Halpern, and Adam J. Katz, P.A. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss these Defendants with prejudice.

Nothing herein affects Plaintiff's claims against Defendant Experian Information Solutions, Inc.

Respectfully submitted on June 21, 2021.

                                                     */s/ Bryan J. Geiger*
                                                     Bryan J. Geiger
                                                     Florida Bar Number: 119168
                                                     Seraph Legal, P. A.
                                                     1614 N. 19th St.
                                                     Tampa, FL 33605
                                                     (813) 321-2348
                                                     BGeiger@SeraphLegal.com
                                                     *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 21, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System. A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

                                                 */s/ Bryan J. Geiger*
                                                 Bryan J. Geiger, Esq.
                                                 FL Bar # 119168