UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Ryan Welfare,**

    *Plaintiff,*

v.                                      **Case No: 8:21-CV-01122-VMC-AEP**

**Experian Information Solutions, Inc.,**

    *Defendant.*

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Defendant Experian Information Solutions, Inc. have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this case with prejudice.

Respectfully submitted on August 15, 2021.

                                                    */s/ Bryan J. Geiger*
                                                   Bryan J. Geiger
                                                   Florida Bar Number: 119168
                                                   Seraph Legal, P. A.
                                                    1614 N. 19th St.
                                                    Tampa, FL 33605
                                                    (813) 321-2348
                                                    BGeiger@SeraphLegal.com
                                                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2021 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to:

**Andrew J. Turnier**
Jones Day
600 Brickell Avenue, Suite 3300
Miami, FL  33131
aturnier@jonesday.com
Counsel for Experian

                                           */s/ Bryan J. Geiger*
                                           Bryan J. Geiger, Esq.
                                           FL Bar # 119168